UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS E. CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, *et al*.<br><br>　　　　Defendants. | Case No. 1:23-cv-00068-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING CASE MANAGEMENT DATES AND GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 18) |

　　　　On October 7, 2022, Plaintiff Luis E. Castaneda filed a complaint against Defendants in Superior Court of the State of California, County of Kern.  (Doc. 2).  On January 13, 2023, Defendants removed the action to this Court.  *Id*.  The Court issued a scheduling order on April 19, 2023.  (Doc. 11).

　　　　Pending before the Court is the parties' stipulated request for leave to amend the Court's scheduling order and to allow Plaintiff to file a first amended complaint.  (Doc. 18).  Plaintiff represents that an amended complaint is necessary to establish the claims now are brought in his individual capacity rather than through a guardian ad litem and to dismiss Defendants Joseph Armijo and Regan Selman.  *Id*.  Plaintiff attached to the stipulation a redlined version of the proposed first amended complaint.  (Doc. 18-1).

　　　　Separately, the parties request the Court amend the scheduling order (Doc. 11) by extending the following deadlines:

| Event | Former Date | Requested Date |
|---|---|---|
| Fact Discovery Cut-Off | February 16, 2024 | April 1, 2024 |
| Expert Disclosures Due | March 18, 2024 | April 15, 2024 |
| Rebuttal Expert Disclosures Due | April 17, 2024 | May 10, 2024 |
| Expert Discovery Cut-Off | May 17, 2024 | June 7, 2024 |
| Non-Disp. Motion Filing Deadline | June 6, 2024 | June 13, 2024 |

The parties request the foregoing extensions with the understanding that the only remaining discovery to be conducted are the depositions of Joseph Armijo, Brendan Thebeau, Plaintiff, and witness(es) designated pursuant to Fed. R. Civ. P 30(b)(6) without any production of documents, and no further discovery (written or deposition) will be undertaken.

In light of the parties' stipulated requests and representations and good cause appearing based on the Court's own, independent review of the pleadings, IT IS HEREBY ORDERED:

1. The scheduling order (Doc. 11) is amended to the extent of adopting the parties' requested extensions noted above;
2. Plaintiff is granted leave to file a first amended complaint consistent with the draft pleading filed in connection with the stipulated request (Doc. 18-1); and
3. Within five (5) days of this Order, Plaintiff shall file any first amended complaint and Defendants shall file a response to within fourteen (14) days thereafter.

IT IS SO ORDERED.

Dated:   **February 8, 2024**

UNITED STATES MAGISTRATE JUDGE