UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS E. CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD, *et al*.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00068-KES-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 33)<br><br>**7-Day Deadline** |

　　　On October 7, 2022, Plaintiff Luis E. Castaneda ("Plaintiff"), a minor proceeding by and through his guardian ad litem, Sonia Dimas, initiated this action with the filing of a complaint against Defendants City of Bakersfield, Bakersfield Police Department, Brockett Mueller, Brendan Thebeau, Reagan Selman, and Joseph Armjio ("Defendants") in the Kern County Superior Court.  (Doc. 2).[1]  On January 13, 2023, Defendants removed the action to this Court. *Id*.  On February 9, 2024, Plaintiff filed a first amended complaint.  (Doc. 20).

　　　Pending before the Court is the parties' stipulated request for order granting Plaintiff leave to file second amended complaint removing the Bakersfield Police Department as a named Defendant, dismissing the doe defendants, and dismissing particular causes of action.  *See* (Doc. 33).

---

[1] On May 9, 2024, the parties stipulated to the dismissal of Defendants Reagan Selman and Joseph Armijo with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Docs. 27, 32).

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. No later than July 16, 2024, Plaintiff SHALL FILE as a stand-alone docket entry the second amended complaint proposed in the parties' stipulation (*id.*); and
2. Defendants shall respond to the second amended complaint within seven (7) days of its filing (*see* Fed. R. Civ. P. 15(a)(3)).

IT IS SO ORDERED.

Dated: **July 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE