**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS E. CASTANEDA, a minor individual, by and through his guardian ad litem SONIA DIMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.<br><br>Defendants. | **Case No.:** 1:23-CV-00068-KES-CDB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL** |

- 1 -

## ORDER

Good cause appearing, the Court grants the parties' Joint Stipulation to continue the pretrial conference and trial dates in this action.

The pretrial conference is continued to **December 14, 2026, at 3:00 p.m.**, in Courtroom 6.  The parties shall comply with the Court's Standing Order in Civil Cases, including regarding the filing of the Joint Pretrial Statement.

The jury trial is continued to **February 23, 2027, at 8:30 a.m.**, in Courtroom 6.

IT IS SO ORDERED.

Dated:    March 4, 2026

_____
UNITED STATES DISTRICT JUDGE